# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3635

_____

| | |
|---|---|
| Jean A. Gardner, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Anthony J. Principi, Secretary, | * Eastern District of Missouri. |
| Department of Veterans Affairs,[1] | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: May 22, 2001
Filed: June 13, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Jean A. Gardner, a former employee of the Department of Veterans Affairs (VA), alleged that the VA discriminated and took adverse employment action against her on various occasions between 1987 and 1999. The District Court[2] granted

_____

[1]Anthony J. Principi has been appointed to serve as Secretary of Veterans Affairs, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

[2]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

summary judgment for the VA in Gardner's action alleging age, race, and sex discrimination and retaliation. Gardner appeals.

Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated by the District Court, and because Gardner did not exhaust her administrative remedies by timely pursuing her administrative complaint. See 29 C.F.R. §§ 1614.105-.106 (administrative requirements); Briley v. Carlin, 172 F.3d 567, 571 (8th Cir. 1999) (holding that "an employee cannot bring a discrimination claim without first exhausting his or her administrative remedies"); McAlister v. Sec'y of Dep't of Health and Human Servs., 900 F.2d 157, 158 (8th Cir. 1990) ("[A]dministrative remedies must be exhausted before a federal employee may bring an employment discrimination claim against federal employer.").

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.